IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO APARTMENT ASSOCIATION, et al., Plaintiffs, | § § § § | |
| v. | § § | EP-08-CV-145-DB |
| THE CITY OF EL PASO and EDMUND G. ARCHULETA, President/CEO of the El Paso Water Utilities Public Service Board, Defendants. | § § § § § | |

## ORDER

On this day, the Court *sua sponte* considered the above-captioned cause.

On April 7, 2009, Defendants The City of El Paso and Edmund G. Archuleta filed a Motion for Summary Judgment in the instant case. On June 12, 2009, the Court notified the Parties that a Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment is forthcoming. Accordingly, the Court is of the opinion that the following order should enter:

**IT IS HEREBY ORDERED** that the Status Conference, Jury Selection, and Trial set for August 24, 2009, in the above-captioned cause is **VACATED**.

SIGNED this **19th** day of **August, 2009**.

THE HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE