IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO APARTMENT ASSOCIATION, et al., Plaintiffs, | § § § § | |
| v. | § | EP-08-CV-145-DB |
| CITY OF EL PASO, et al., Defendants. | § § § § | |

## FINAL JUDGMENT

On this day, the Court entered a Memorandum Opinion and Order, granting Defendants City of El Paso, et al.'s Motion for Summary Judgment. The Court now enters Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all other pending motions, if any, are **DENIED AS MOOT.**

**SIGNED** this **18th day** of **December, 2009.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE