IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EL PASO APARTMENT ASSOCIATION, EPT APACHE ARMS LP, EPT CORTESIA DEL REY APARTMENTS LP, EPT SANTA FE VILLAGE APARTMENTS LP, EPT DESERT TREE APARTMENTS LP, EPT DOS SANTOS APARTMENTS LP, EPT HIGH VISTA APARTMENTS LP, EPT LA ESTANCIAS APARTMENT LLC, EPT LA MIRADA APARTMENTS LP, EPT LAKESIDE APARMENTS LP, PADRES VILLAGE LIMITED, 415 REDD ROAD LP, EPT SAN MARCOS APARTMENTS LP, SAN MARIN APARTMENTS LP, EPT SAN MATEO APARTMENTS LP, EPT SAN MIGUEL APARTMENTS LLC, MISSION TRAIL LTD, EPT SAN PEDRO APARTMENTS LP, EPT SAND PEBBLE APARTMENTS LP, EPT SEDONA PEAK, APARTMENTS LP, EPT CORTE BELLA APARTMENTS LP, DT BELLA PALMS APARTMENTS LP, RA THE MASTERS COMMUNITY LLC, EPT TRES VISTAS APARTMENTS LLC, EPT TREVINO PLACE APARTMENTS LP, EPT VALLEY RIDGE APARTMENTS LP, MAJESTIC EMPLOYEES LTD, DT BELLA PALMS APARTMENTS LP, COOPERTOWN LTD, SOUTH COOPERTOWN LTD, SUNSET PALMS LTD, BURGUNDY PALMS LTD, CASTNER PALMS LTD, PUEBLO MONTANA APARTMENTS LTD, CAPISTRANO PALMS, LTD, TROPICANA PALMS LTD, AMERICAS PALMS LTD, DIANA PALMS LTD, DEER PALMS LTD, PATRIOT PALMS LTD, PASEO PALMS LTD, EDGEMERE LTD, NORTON MANOR LTD, ULLOA CORPORATION D/B/A DEL PRADO APARTMENTS, ROSE-ALTUDA ARMS, L.P., and ROSE-CORONADO TRAILS, L.P., | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| Plaintiffs, | § § § |
| v. | § |

No. EP-CA-0145-DB

CITY OF EL PASO, and EDMUND G. ARCHULETA §
IN HIS OFFICIAL CAPACITY AS PRESIDENT AND §
CHIEF EXECUTIVE OFFICER OF THE EL PASO §
WATER UTILITIES PUBLIC SERVICE BOARD, §
§
                      Defendant. §

## NOTICE OF APPEAL

Notice is hereby given that the parties named below, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the order granting summary judgment and final judgment entered in this action on December 18, 2009:

Appealing parties:

EL PASO APARTMENT ASSOCIATION,
EPT APACHE ARMS LP,
EPT CORTESIA DEL REY APARTMENTS LP,
EPT SANTA FE VILLAGE APARTMENTS LP,
EPT DESERT TREE APARTMENTS LP,
EPT DOS SANTOS APARTMENTS LP,
EPT HIGH VISTA APARTMENTS LP,
EPT LA ESTANCIAS APARTMENT LLC,
EPT LA MIRADA APARTMENTS LP,
EPT LAKESIDE APARTMENTS LP,
PADRES VILLAGE LIMITED,
415 REDD ROAD LP,
EPT SAN MARCOS APARTMENTS LP,
SAN MARIN APARTMENTS LP,
EPT SAN MATEO APARTMENTS LP,
EPT SAN MIGUEL APARTMENTS LLC,
MISSION TRAIL LTD,
EPT SAN PEDRO APARTMENTS LP,
EPT SAND PEBBLE APARTMENTS LP,
EPT SEDONA PEAK APARTMENTS LP,
EPT CORTE BELLA APARTMENTS LP,
DT BELLA PALMS APARTMENTS LP,
RA THE MASTERS COMMUNITY LLC,
EPT TRES VISTAS APARTMENTS LLC,
EPT TREVINO PLACE APARTMENTS LP,
EPT VALLEY RIDGE APARTMENTS LP,

MAJESTIC EMPLOYEES LTD,
DT BELLA PALMS APARTMENTS LP,
COOPERSTOWN LTD,
SOUTH COOPERSTOWN LTD,
SUNSET PALMS LTD,
BURGUNDY PALMS LTD,
CASTNER PALMS LTD,
PUEBLO MONTANA APARTMENTS LTD,
CAPISTRANO PALMS, LTD,
TROPICANA PALMS LTD,
AMERICAS PALMS LTD,
DIANA PALMS LTD,
DEER PALMS LTD,
PATRIOT PALMS LTD,
PASEO PALMS LTD,
ULLOA CORPORATION D/B/A DEL PRADO APARTMENTS,
ROSE-ALTUDA ARMS, L.P., and
ROSE-CORONADO TRAILS, L.P.

Respectfully submitted,

*for*

James A. Martinez
State Bar No. 00791192
James A. Martinez, P.L.L.C.
501 N. Kansas, Suite 201
El Paso, Texas 79901
915/543.9712
915/543.9718 fax

John P. Mobbs
State Bar No.  00784618
4157 Rio Bravo
El Paso, Texas 79902
915/541.8810
915/532.8373 fax

*ATTORNEYS FOR PLAINTIFFS - APPELLANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of January, 2010, I filed the foregoing with the Clerk of Court, which will send notification of such filing to the following counsel using the CM/ECF system, and also served the following counsel with a copy of this notice of appeal by first-class U.S. mail:

Alejandro Acosta, Jr.
*Bickerstaff Heath Delgado Acosta LLP*
P.O. Box 1649
El Paso, Texas 79949-1649

Douglas G. Caroom
Sydney W. Falk, Jr.
*Bickerstaff Heath Delgado Acosta LLP*
816 Congress Ave., Suite 1700
Austin, Texas 78701

*/s/ John Wobble*

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 3
Receipt Number: 300004172
Cashier ID: jbejaran
Transaction Date: 01/15/2010
Payer Name: John P Mobbs
---------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: El Paso Apartment Association
 Amount:         $455.00
---------------------------------
CHECK
 Check/Money Order Num: 3249
 Amt Tendered:   $455.00
---------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00

Notice of Appeal,
DTXW308CA000145DB, El Paso
Apartment Association
```