# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue     Suite 1700     Austin, Texas 78701     (512) 472-8021     Fax (512) 320-5638     Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

June 19, 2008
Client:     020000
Matter:    000030
Invoice #:    66508
Bill Atty:     DGC

Page:     1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through  May 31, 2008

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 04/30/2008 | 5.2 | $260.00 | $1,352.00 |
| 04/30/2008 | 1.5 | $170.00 | $255.00 |
| 04/30/2008 | 1.0 | $100.00 | $100.00 |
| 05/01/2008 | 6.8 | $200.00 | $1,360.00 |
| 05/01/2008 | 0.5 | $275.00 | $137.50 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| 05/01/2008 | 4.4 | $260.00 | $1,144.00 |
| 05/01/2008 | 7.1 | $250.00 | $1,775.00 |
| 05/02/2008 | 6.5 | $200.00 | $1,300.00 |
| 05/02/2008 | 6.4 | $260.00 | $1,664.00 |
| 05/02/2008 | 4.0 | $250.00 | $1,000.00 |
| 05/03/2008 | 4.0 | $260.00 | $1,040.00 |
| 05/04/2008 | 3.4 | $260.00 | $884.00 |
| 05/05/2008 | 0.3 | $275.00 | $82.50 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 05/05/2008 | 0.8 | $260.00 | $208.00 |
| 05/05/2008 | 5.7 | $250.00 | $1,425.00 |
| 05/06/2008 | 2.3 | $275.00 | $632.50 |
| 05/06/2008 | 1.5 | $200.00 | $300.00 |
| 05/06/2008 | 8.6 | $260.00 | $2,236.00 |
| 05/06/2008 | 0.1 | $170.00 | $17.00 |
| 05/06/2008 | 8.4 | $250.00 | $2,100.00 |
| 05/07/2008 | 12.0 | $275.00 | $3,300.00 |
| 05/07/2008 | 5.3 | $200.00 | $1,060.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 05/07/2008 | 15.4 | $260.00 | $4,004.00 |
| 05/07/2008 | 12.0 | $250.00 | $3,000.00 |
| 05/07/2008 | 3.0 | $100.00 | $300.00 |
| 05/08/2008 | 5.0 | $275.00 | $1,375.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 05/08/2008 | 5.7 | $180.00 | $1,026.00 |
| 05/08/2008 | 13.4 | $260.00 | $3,484.00 |
| 05/08/2008 | 4.5 | $250.00 | $1,125.00 |
| 05/08/2008 | 0.5 | $90.00 | $45.00 |
| 05/08/2008 | 0.7 | $100.00 | $70.00 |
| 05/09/2008 | 6.5 | $275.00 | $1,787.50 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|------|------|--------|
| 05/09/2008 | 6.7 | $260.00 | $1,742.00 |
| 05/09/2008 | 7.1 | $250.00 | $1,775.00 |
| 05/09/2008 | 0.5 | $90.00 | $45.00 |
| 05/10/2008 | 3.9 | $260.00 | $1,014.00 |
| 05/11/2008 | 7.2 | $260.00 | $1,872.00 |
| 05/11/2008 | 7.4 | $250.00 | $1,850.00 |
| 05/12/2008 | 10.1 | $260.00 | $2,626.00 |
| 05/12/2008 | 8.0 | $250.00 | $2,000.00 |
| 05/13/2008 | 3.5 | $250.00 | $875.00 |
| 05/13/2008 | 3.1 | $260.00 | $806.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 05/14/2008 | 1.5 | $275.00 | $412.50 |
| 05/14/2008 | 0.2 | $260.00 | $52.00 |
| 05/15/2008 | 3.1 | $260.00 | $806.00 |
| 05/16/2008 | 3.5 | $260.00 | $910.00 |
| 05/19/2008 | 2.3 | $260.00 | $598.00 |
| 05/20/2008 | 0.7 | $260.00 | $182.00 |
| 05/20/2008 | 1.0 | $275.00 | $275.00 |
| 05/21/2008 | 5.2 | $275.00 | $1,430.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 05/21/2008 | 1.4 | $170.00 | $238.00 |
| 05/21/2008 | 1.5 | $250.00 | $375.00 |
| 05/29/2008 | 0.2 | $0.00 | $0.00 |
| 05/29/2008 | 1.0 | $275.00 | $275.00 |
| 05/30/2008 | 1.0 | $275.00 | $275.00 |
| Total Professional Services | 242.6 | | $60,022.50 |

**DISBURSEMENTS**

| | Amount |
|---|--------|
| | $417.50 |
| | $20.00 |

**DISBURSEMENTS**

| | Amount |
|---|---|
| | $5.95 |
| | $76.43 |
| | $417.50 |
| | $28.00 |
| | $107.40 |
| | $91.49 |
| | $2,400.90 |
| Total Disbursements | $3,565.17 |

| | | |
|---|---|---|
| Total Services | $60,022.50 | |
| Total Disbursements | $3,565.17 | |
| Total Current Charges | | $63,587.67 |
| PAY THIS AMOUNT | | $63,587.67 |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue     Suite 1700     Austin, Texas 78701     (512) 472-8021     Fax (512) 320-5638     Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board

1154 Hawkins Blvd., 4C

El Paso, TX 79925

**Attention: Bob Andron**

July 17, 2008

| | |
|---|---|
| Client: | 020000 |
| Matter: | 000030 |
| Invoice #: | 67014 |
| Bill Atty: | DGC |

Page:     1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through   June 30, 2008

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 06/05/2008 | 0.3 | $260.00 | $78.00 |
| 06/05/2008 | 2.5 | $250.00 | $625.00 |
| 06/06/2008 | 0.6 | $260.00 | $156.00 |
| 06/06/2008 | 3.1 | $250.00 | $775.00 |
| 06/06/2008 | 0.9 | $65.00 | $58.50 |
| 06/09/2008 | 0.4 | $260.00 | $104.00 |
| 06/14/2008 | 2.0 | $260.00 | $520.00 |
| 06/16/2008 | 0.6 | $275.00 | $165.00 |
| 06/17/2008 | 0.5 | $275.00 | $137.50 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 06/18/2008 | 0.4 | $250.00 | $100.00 |
| 06/20/2008 | 0.5 | $260.00 | $130.00 |
| 06/23/2008 | 0.5 | $250.00 | $125.00 |
| 06/24/2008 | 1.0 | $275.00 | $275.00 |
| 06/24/2008 | 0.5 | $260.00 | $130.00 |
| 06/25/2008 | 1.2 | $275.00 | $330.00 |
| 06/25/2008 | 0.8 | $170.00 | $136.00 |
| 06/25/2008 | 1.8 | $260.00 | $468.00 |
| 06/27/2008 | 2.7 | $260.00 | $702.00 |
| 06/29/2008 | 2.5 | $260.00 | $650.00 |
| 06/30/2008 | 0.3 | $275.00 | $82.50 |
| 06/30/2008 | 0.9 | $250.00 | $225.00 |
| 06/30/2008 | 3.3 | $260.00 | $858.00 |
| Total Professional Services | 27.3 | | $6,830.50 |

## DISBURSEMENTS

|  | Amount |
|---|---|
|  | $273.22 |
| Total Disbursements | $273.22 |

| | | |
|---|---|---|
| Total Services | $6,830.50 | |
| Total Disbursements | $273.22 | |
| Total Current Charges | | $7,103.72 |
| **PAY THIS AMOUNT** | | **$7,103.72** |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue     Suite 1700     Austin, Texas 78701     (512) 472-8021     Fax (512) 320-5638     Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

August 20, 2008
Client:       020000
Matter:      000030
Invoice #:     67663
Bill Atty:       DGC

Page:         1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through  July 31, 2008

## SERVICES

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 07/01/2008 | 0.6 | $260.00 | $156.00 |
| 07/02/2008 | 0.5 | $275.00 | $137.50 |
| 07/02/2008 | 1.5 | $260.00 | $390.00 |
| 07/03/2008 | 1.0 | $275.00 | $275.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 07/03/2008 | 3.3 | $260.00 | $858.00 |
| 07/07/2008 | 1.6 | $260.00 | $416.00 |
| 07/08/2008 | 2.2 | $260.00 | $572.00 |
| 07/09/2008 | 2.5 | $260.00 | $650.00 |
| 07/10/2008 | 0.3 | $275.00 | $82.50 |
| 07/10/2008 | 1.5 | $260.00 | $390.00 |
| 07/11/2008 | 1.0 | $260.00 | $260.00 |
| 07/14/2008 | 1.8 | $275.00 | $495.00 |
| 07/14/2008 | 0.3 | $260.00 | $78.00 |
| 07/15/2008 | 3.0 | $275.00 | $825.00 |
| 07/15/2008 | 2.0 | $260.00 | $520.00 |
| 07/21/2008 | 1.4 | $260.00 | $364.00 |
| 07/21/2008 | 0.6 | $250.00 | $150.00 |

## SERVICES

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 07/22/2008 | 0.1 | $260.00 | $26.00 |
| 07/24/2008 | 0.5 | $275.00 | $137.50 |
| 07/24/2008 | 0.4 | $260.00 | $104.00 |
| 07/29/2008 | 0.4 | $260.00 | $104.00 |
| Total Professional Services | 26.5 | | $6,990.50 |

## DISBURSEMENTS

| | Amount |
|---|--------|
| | $279.62 |
| Total Disbursements | $279.62 |

| | | |
|---|---|---|
| Total Services | $6,990.50 | |
| Total Disbursements | $279.62 | |
| Total Current Charges | | $7,270.12 |
| **PAY THIS AMOUNT** | | **$7,270.12** |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue     Suite 1700     Austin, Texas 78701     (512) 472-8021     Fax (512) 320-5638     Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

September 18, 2008
Client:     020000
Matter:     000030
Invoice #:     68247
Bill Atty:     DGC

Page:     1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through   August 31, 2008

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 08/06/2008 | 0.3 | $275.00 | $82.50 |
| 08/07/2008 | 1.5 | $260.00 | $390.00 |
| 08/07/2008 | 1.2 | $90.00 | $108.00 |
| 08/08/2008 | 0.2 | $275.00 | $55.00 |
| 08/08/2008 | 1.2 | $260.00 | $312.00 |
| 08/08/2008 | 0.5 | $250.00 | $125.00 |
| 08/11/2008 | 1.2 | $260.00 | $312.00 |
| 08/14/2008 | 2.6 | $260.00 | $676.00 |
| 08/15/2008 | 0.1 | $260.00 | $26.00 |
| 08/18/2008 | 0.5 | $260.00 | $130.00 |
| 08/19/2008 | 1.4 | $260.00 | $364.00 |

## SERVICES

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 08/20/2008 | 0.1 | $260.00 | $26.00 |
| 08/21/2008 | 1.2 | $250.00 | $300.00 |
| 08/27/2008 | 0.1 | $260.00 | $26.00 |
| 08/28/2008 | 0.5 | $275.00 | $137.50 |
| 08/28/2008 | 0.7 | $260.00 | $182.00 |
| 08/29/2008 | 0.2 | $275.00 | $55.00 |
| 08/29/2008 | 0.4 | $260.00 | $104.00 |
| Total Professional Services | 13.9 | | $3,411.00 |

## DISBURSEMENTS

| | Amount |
|---|---|
| | $204.75 |
| | $70.65 |
| | $10.00 |
| | $136.44 |
| Total Disbursements | $421.84 |

| | | |
|---|---|---|
| Total Services | $3,411.00 | |
| Total Disbursements | $421.84 | |
| Total Current Charges | | $3,832.84 |
| **PAY THIS AMOUNT** | | **$3,832.84** |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue  Suite 1700  Austin, Texas 78701  (512) 472-8021  Fax (512) 320-5638  Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

October 15, 2008
Client:  020000
Matter:  000030
Invoice #:  68914
Bill Atty:  DGC

Page:  1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through  September 30, 2008

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 09/01/2008 | 2.0 | $260.00 | $520.00 |
| 09/02/2008 | 0.9 | $260.00 | $234.00 |
| 09/03/2008 | 0.3 | $275.00 | $82.50 |
| 09/03/2008 | 0.7 | $260.00 | $182.00 |
| 09/04/2008 | 0.3 | $275.00 | $82.50 |
| 09/07/2008 | 1.3 | $260.00 | $338.00 |
| 09/09/2008 | 0.2 | $275.00 | $55.00 |
| 09/09/2008 | 0.7 | $260.00 | $182.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 09/16/2008 | 1.5 | $260.00 | $390.00 |
| 09/17/2008 | 2.0 | $275.00 | $550.00 |
| 09/17/2008 | 1.4 | $260.00 | $364.00 |
| 09/18/2008 | 1.3 | $260.00 | $338.00 |
| 09/19/2008 | 1.8 | $260.00 | $468.00 |
| 09/20/2008 | 0.6 | $260.00 | $156.00 |
| 09/22/2008 | 4.6 | $250.00 | $1,150.00 |
| 09/22/2008 | 0.7 | $260.00 | $182.00 |
| 09/23/2008 | 0.4 | $260.00 | $104.00 |
| 09/24/2008 | 3.7 | $260.00 | $962.00 |
| 09/25/2008 | 5.6 | $260.00 | $1,456.00 |
| 09/26/2008 | 1.3 | $260.00 | $338.00 |
| 09/28/2008 | 1.5 | $260.00 | $390.00 |

## SERVICES

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 09/29/2008 | 6.1 | $250.00 | $1,525.00 |
| 09/29/2008 | 4.4 | $260.00 | $1,144.00 |
| 09/30/2008 | 4.8 | $250.00 | $1,200.00 |
| 09/30/2008 | 0.3 | $275.00 | $82.50 |
| 09/30/2008 | 9.9 | $260.00 | $2,574.00 |
| Total Professional Services | 58.3 | | $15,049.50 |

## DISBURSEMENTS

| | Amount |
|---|--------|
| | $601.98 |
| Total Disbursements | $601.98 |

| | |
|---|---|
| Total Services | $15,049.50 |
| Total Disbursements | $601.98 |
| Total Current Charges | $15,651.48 |
| **PAY THIS AMOUNT** | **$15,651.48** |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue    Suite 1700    Austin, Texas 78701    (512) 472-8021    Fax (512) 320-5638    Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

November 18, 2008
Client: 020000
Matter: 000030
Invoice #: 69601
Bill Atty: DGC

Page: 1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through October 31, 2008

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 10/01/2008 | 0.8 | $275.00 | $220.00 |
| 10/01/2008 | 4.0 | $260.00 | $1,040.00 |
| 10/02/2008 | 0.5 | $260.00 | $130.00 |
| 10/03/2008 | 6.2 | $250.00 | $1,550.00 |
| 10/03/2008 | 0.4 | $260.00 | $104.00 |
| 10/06/2008 | 6.7 | $250.00 | $1,675.00 |
| 10/07/2008 | 7.1 | $250.00 | $1,775.00 |
| 10/08/2008 | 7.3 | $250.00 | $1,825.00 |

## SERVICES

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 10/08/2008 | 0.6 | $260.00 | $156.00 |
| 10/09/2008 | 6.9 | $250.00 | $1,725.00 |
| 10/09/2008 | 1.2 | $260.00 | $312.00 |
| 10/13/2008 | 5.3 | $250.00 | $1,325.00 |
| 10/14/2008 | 6.8 | $250.00 | $1,700.00 |
| 10/14/2008 | 0.2 | $275.00 | $55.00 |
| 10/14/2008 | 3.8 | $260.00 | $988.00 |
| 10/15/2008 | 7.3 | $250.00 | $1,825.00 |
| 10/15/2008 | 0.7 | $260.00 | $182.00 |
| 10/16/2008 | 0.2 | $260.00 | $52.00 |
| 10/17/2008 | 5.3 | $250.00 | $1,325.00 |
| 10/17/2008 | 0.9 | $260.00 | $234.00 |
| 10/19/2008 | 2.7 | $260.00 | $702.00 |
| 10/20/2008 | 6.2 | $250.00 | $1,550.00 |
| 10/20/2008 | 7.0 | $260.00 | $1,820.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 10/21/2008 | 4.3 | $250.00 | $1,075.00 |
| 10/21/2008 | 3.0 | $260.00 | $780.00 |
| 10/22/2008 | 2.1 | $260.00 | $546.00 |
| 10/23/2008 | 0.2 | $275.00 | $55.00 |
| 10/23/2008 | 2.2 | $260.00 | $572.00 |
| 10/24/2008 | 2.9 | $260.00 | $754.00 |
| 10/27/2008 | 7.5 | $250.00 | $1,875.00 |
| 10/27/2008 | 0.6 | $260.00 | $156.00 |
| 10/28/2008 | 7.8 | $250.00 | $1,950.00 |
| 10/28/2008 | 0.6 | $260.00 | $156.00 |
| 10/29/2008 | 7.9 | $250.00 | $1,975.00 |
| 10/29/2008 | 0.2 | $260.00 | $52.00 |
| 10/30/2008 | 6.3 | $250.00 | $1,575.00 |
| 10/31/2008 | 0.2 | $275.00 | $55.00 |
| 10/31/2008 | 4.3 | $260.00 | $1,118.00 |

| | | | |
|------|-------|------|--------|
| Total Professional Services | 138.2 | | $34,964.00 |

## DISBURSEMENTS

| | Amount |
|---|---|
| | $20.00 |
| | $6.28 |
| | $439.50 |
| | $1,398.56 |
| | $43,374.01 |
| Total Disbursements | $45,238.35 |

| | | |
|---|---|---|
| Total Services | $34,964.00 | |
| Total Disbursements | $45,238.35 | |
| Total Current Charges | | $80,202.35 |
| PAY THIS AMOUNT | | $80,202.35 |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue     Suite 1700     Austin, Texas 78701     (512) 472-8021     Fax (512) 320-5638     Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

December 18, 2008
Client:     020000
Matter:    000030
Invoice #:   70511
Bill Atty:    DGC

Page:        1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through  November 30, 2008

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 11/02/2008 | 3.1 | $260.00 | $806.00 |
| 11/03/2008 | 2.6 | $260.00 | $676.00 |
| 11/04/2008 | 2.7 | $260.00 | $702.00 |
| 11/05/2008 | 7.1 | $250.00 | $1,775.00 |
| 11/05/2008 | 2.7 | $260.00 | $702.00 |
| 11/06/2008 | 7.9 | $250.00 | $1,975.00 |

December 18, 2008
Client:     020000
Matter:    000030
Invoice #:   70511

Page:     2

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 11/06/2008 | 11.1 | $260.00 | $2,886.00 |
| 11/07/2008 | 0.3 | $275.00 | $82.50 |
| 11/07/2008 | 2.5 | $260.00 | $650.00 |
| 11/10/2008 | 0.7 | $260.00 | $182.00 |
| 11/11/2008 | 6.8 | $250.00 | $1,700.00 |
| 11/11/2008 | 0.2 | $275.00 | $55.00 |
| 11/11/2008 | 0.2 | $260.00 | $52.00 |
| 11/12/2008 | 7.8 | $250.00 | $1,950.00 |
| 11/13/2008 | 7.2 | $250.00 | $1,800.00 |
| 11/14/2008 | 6.2 | $250.00 | $1,550.00 |
| 11/14/2008 | 1.6 | $260.00 | $416.00 |
| 11/16/2008 | 3.4 | $260.00 | $884.00 |
| 11/17/2008 | 5.9 | $250.00 | $1,475.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 11/17/2008 | 0.4 | $275.00 | $110.00 |
| 11/17/2008 | 2.1 | $260.00 | $546.00 |
| 11/18/2008 | 6.9 | $250.00 | $1,725.00 |
| 11/18/2008 | 8.9 | $260.00 | $2,314.00 |
| 11/19/2008 | 8.3 | $250.00 | $2,075.00 |
| 11/19/2008 | 11.4 | $260.00 | $2,964.00 |
| 11/20/2008 | 6.9 | $250.00 | $1,725.00 |
| 11/20/2008 | 1.3 | $260.00 | $338.00 |

December 18, 2008
Client:      020000
Matter:     000030
Invoice #:    70511

Page:      4

## SERVICES

| Date | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| 11/21/2008 | 2.2 | $250.00 | $550.00 |
| 11/21/2008 | 4.2 | $260.00 | $1,092.00 |
| 11/23/2008 | 1.4 | $260.00 | $364.00 |
| 11/25/2008 | 3.5 | $250.00 | $875.00 |
| 11/26/2008 | 2.8 | $250.00 | $700.00 |
| 11/26/2008 | 2.3 | $260.00 | $598.00 |
| 11/28/2008 | 3.4 | $260.00 | $884.00 |
| 11/29/2008 | 3.0 | $260.00 | $780.00 |
| **Total Professional Services** | 149.0 | | $37,958.50 |

## DISBURSEMENTS

| Amount |
|-------:|
| $20.00 |
| $14.99 |
| $455.50 |
| $455.50 |

**DISBURSEMENTS**

| | Amount |
|---|---|
| | $35.61 |
| | $1,518.34 |
| Total Disbursements | $2,499.94 |

| | | |
|---|---|---|
| Total Services | $37,958.50 | |
| Total Disbursements | $2,499.94 | |
| Total Current Charges | | $40,458.44 |
| PAY THIS AMOUNT | | $40,458.44 |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue     Suite 1700     Austin, Texas 78701     (512) 472-8021     Fax (512) 320-5638     Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

January 20, 2009
Client:       020000
Matter:       000030
Invoice #:       71007
Bill Atty:       DGC

Page:       1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through December 31, 2008

**SERVICES**

| Date | Hours | Rate | Amount |
| --- | --- | --- | --- |
| 12/01/2008 | 7.9 | $250.00 | $1,975.00 |
| 12/01/2008 | 1.9 | $260.00 | $494.00 |
| 12/02/2008 | 7.3 | $250.00 | $1,825.00 |
| 12/02/2008 | 2.6 | $260.00 | $676.00 |
| 12/03/2008 | 7.8 | $250.00 | $1,950.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 12/03/2008 | 3.9 | $260.00 | $1,014.00 |
| 12/04/2008 | 8.2 | $250.00 | $2,050.00 |
| 12/04/2008 | 4.9 | $260.00 | $1,274.00 |
| 12/05/2008 | 8.1 | $250.00 | $2,025.00 |
| 12/05/2008 | 5.2 | $260.00 | $1,352.00 |
| 12/07/2008 | 4.5 | $260.00 | $1,170.00 |
| 12/08/2008 | 8.6 | $250.00 | $2,150.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 12/08/2008 | 16.9 | $260.00 | $4,394.00 |
| 12/09/2008 | 5.3 | $250.00 | $1,325.00 |
| 12/09/2008 | 3.6 | $260.00 | $936.00 |
| 12/10/2008 | 5.8 | $250.00 | $1,450.00 |
| 12/10/2008 | 0.2 | $275.00 | $55.00 |
| 12/10/2008 | 1.2 | $260.00 | $312.00 |
| 12/11/2008 | 1.5 | $260.00 | $390.00 |

## SERVICES

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 12/12/2008 | 5.5 | $260.00 | $1,430.00 |
| 12/15/2008 | 5.8 | $250.00 | $1,450.00 |
| 12/16/2008 | 1.1 | $260.00 | $286.00 |
| 12/17/2008 | 6.7 | $250.00 | $1,675.00 |
| 12/17/2008 | 1.6 | $260.00 | $416.00 |
| 12/18/2008 | 5.4 | $250.00 | $1,350.00 |
| 12/18/2008 | 3.0 | $260.00 | $780.00 |
| 12/18/2008 | 2.0 | $135.00 | $270.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| 12/19/2008 | 5.3 | $250.00 | $1,325.00 |
| 12/19/2008 | 1.1 | $260.00 | $286.00 |
| 12/19/2008 | 6.0 | $135.00 | $810.00 |
| 12/21/2008 | 2.1 | $260.00 | $546.00 |
| 12/22/2008 | 6.9 | $250.00 | $1,725.00 |
| 12/22/2008 | 3.6 | $260.00 | $936.00 |
| 12/22/2008 | 8.8 | $135.00 | $1,188.00 |
| 12/23/2008 | 3.1 | $250.00 | $775.00 |
| 12/23/2008 | 6.5 | $135.00 | $877.50 |
| 12/24/2008 | 1.0 | $135.00 | $135.00 |
| 12/30/2008 | 2.3 | $250.00 | $575.00 |
| **Total Professional Services** | **183.2** | | **$43,652.50** |

**DISBURSEMENTS**

| | Amount |
|---|---|
| | $252.00 |
| | $20.00 |
| | $53.60 |
| | $128.19 |
| | $455.50 |
| | $1,746.10 |
| Total Disbursements | $2,655.39 |

| | | |
|---|---|---|
| Total Services | $43,652.50 | |
| Total Disbursements | $2,655.39 | |
| Total Current Charges | | $46,307.89 |
| PAY THIS AMOUNT | | $46,307.89 |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue     Suite 1700     Austin, Texas 78701     (512) 472-8021     Fax (512) 320-5638     Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

| | |
|---|---|
| February 24, 2009 | |
| Client: | 020000 |
| Matter: | 000030 |
| Invoice #: | 71572 |
| Bill Atty: | DGC |

Page:     1

RE: El Paso Apartment Association v. City of El Paso
and Ed Archuleta

For Professional Services Rendered Through  January 31, 2009

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 01/05/2009 | 7.2 | $250.00 | $1,800.00 |
| 01/05/2009 | 2.9 | $260.00 | $754.00 |
| 01/05/2009 | 7.0 | $135.00 | $945.00 |
| 01/06/2009 | 6.9 | $250.00 | $1,725.00 |
| 01/06/2009 | 3.4 | $260.00 | $884.00 |
| 01/07/2009 | 7.3 | $250.00 | $1,825.00 |
| 01/07/2009 | 1.6 | $260.00 | $416.00 |
| 01/07/2009 | 4.0 | $135.00 | $540.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 01/08/2009 | 8.0 | $135.00 | $1,080.00 |
| 01/09/2009 | 5.1 | $250.00 | $1,275.00 |
| 01/09/2009 | 2.7 | $260.00 | $702.00 |
| 01/09/2009 | 3.0 | $135.00 | $405.00 |
| 01/12/2009 | 2.9 | $250.00 | $725.00 |
| 01/12/2009 | 1.1 | $260.00 | $286.00 |
| 01/12/2009 | 4.0 | $135.00 | $540.00 |
| 01/13/2009 | 3.6 | $250.00 | $900.00 |
| 01/13/2009 | 1.1 | $260.00 | $286.00 |
| 01/13/2009 | 3.3 | $135.00 | $445.50 |
| 01/14/2009 | 4.1 | $250.00 | $1,025.00 |
| 01/14/2009 | 0.9 | $260.00 | $234.00 |
| 01/14/2009 | 4.2 | $135.00 | $567.00 |
| 01/15/2009 | 6.2 | $250.00 | $1,550.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 01/15/2009 | 0.5 | $260.00 | $130.00 |
| 01/15/2009 | 3.7 | $135.00 | $499.50 |
| 01/16/2009 | 4.3 | $250.00 | $1,075.00 |
| 01/16/2009 | 0.4 | $275.00 | $110.00 |
| 01/16/2009 | 2.2 | $260.00 | $572.00 |
| 01/16/2009 | 3.5 | $135.00 | $472.50 |
| 01/18/2009 | 1.1 | $260.00 | $286.00 |
| 01/19/2009 | 0.7 | $275.00 | $192.50 |
| 01/19/2009 | 4.4 | $260.00 | $1,144.00 |
| 01/19/2009 | 1.5 | $135.00 | $202.50 |
| 01/20/2009 | 3.0 | $250.00 | $750.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 01/20/2009 | 0.5 | $275.00 | $137.50 |
| 01/20/2009 | 0.8 | $260.00 | $208.00 |
| 01/20/2009 | 2.0 | $135.00 | $270.00 |
| 01/21/2009 | 5.7 | $250.00 | $1,425.00 |
| 01/21/2009 | 1.9 | $260.00 | $494.00 |
| 01/21/2009 | 2.2 | $135.00 | $297.00 |
| 01/22/2009 | 4.9 | $250.00 | $1,225.00 |
| 01/22/2009 | 6.5 | $260.00 | $1,690.00 |
| 01/22/2009 | 0.7 | $90.00 | $63.00 |
| 01/23/2009 | 7.5 | $250.00 | $1,875.00 |
| 01/23/2009 | 5.2 | $260.00 | $1,352.00 |
| 01/25/2009 | 1.9 | $260.00 | $494.00 |
| 01/26/2009 | 2.0 | $260.00 | $520.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 01/27/2009 | 7.1 | $250.00 | $1,775.00 |
| 01/27/2009 | 1.0 | $260.00 | $260.00 |
| 01/27/2009 | 2.7 | $135.00 | $364.50 |
| 01/28/2009 | 6.3 | $250.00 | $1,575.00 |
| 01/28/2009 | 2.9 | $260.00 | $754.00 |
| 01/28/2009 | 2.5 | $135.00 | $337.50 |
| 01/29/2009 | 0.3 | $275.00 | $82.50 |
| 01/29/2009 | 4.9 | $260.00 | $1,274.00 |
| 01/29/2009 | 3.0 | $135.00 | $405.00 |
| 01/29/2009 | 0.5 | $90.00 | $45.00 |
| 01/30/2009 | 0.4 | $260.00 | $104.00 |
| **Total Professional Services** | **189.2** | | **$41,370.50** |

**DISBURSEMENTS**

|  | Amount |
|---|---|
|  | $3,760.18 |
|  | $18.00 |
|  | $409.70 |
|  | $24.92 |
|  | $8,069.20 |
|  | $1,654.82 |
| Total Disbursements | $13,936.82 |

| | | |
|---|---|---|
| Total Services | $41,370.50 | |
| Total Disbursements | $13,936.82 | |
| Total Current Charges | | $55,307.32 |
| PAY THIS AMOUNT | | $55,307.32 |

# Bickerstaff Heath Delgado Acosta LLP

816 Congress Avenue      Suite 1700      Austin, Texas 78701      (512) 472-8021      Fax (512) 320-5638      Tax ID No 74-2153894

El Paso Water Utilities Public Water Service Board
1154 Hawkins Blvd., 4C
El Paso, TX 79925
**Attention: Bob Andron**

March 17, 2009
Client:     020000
Matter:    000030
Invoice #:   71941
Bill Atty:    DGC

Page:         1

RE:  El Paso Apartment Association v. City of El Paso
     and Ed Archuleta

For Professional Services Rendered Through  February 28, 2009

**SERVICES**

| Date | Hours | Rate | Amount |
|---|---|---|---|
| 02/01/2009 | 1.6 | $260.00 | $416.00 |
| 02/02/2009 | 0.5 | $260.00 | $130.00 |
| 02/03/2009 | 7.6 | $250.00 | $1,900.00 |
| 02/03/2009 | 2.0 | $260.00 | $520.00 |
| 02/04/2009 | 7.3 | $250.00 | $1,825.00 |
| 02/04/2009 | 5.8 | $260.00 | $1,508.00 |
| 02/05/2009 | 7.5 | $250.00 | $1,875.00 |
| 02/05/2009 | 0.2 | $275.00 | $55.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 02/05/2009 | 0.7 | $260.00 | $182.00 |
| 02/06/2009 | 1.0 | $260.00 | $260.00 |
| 02/07/2009 | 0.5 | $135.00 | $67.50 |
| 02/08/2009 | 1.5 | $135.00 | $202.50 |
| 02/09/2009 | 4.8 | $250.00 | $1,200.00 |
| 02/09/2009 | 2.4 | $135.00 | $324.00 |
| 02/10/2009 | 4.1 | $250.00 | $1,025.00 |
| 02/10/2009 | 1.7 | $260.00 | $442.00 |
| 02/10/2009 | 0.8 | $135.00 | $108.00 |
| 02/11/2009 | 7.9 | $250.00 | $1,975.00 |
| 02/11/2009 | 1.4 | $260.00 | $364.00 |
| 02/11/2009 | 0.1 | $135.00 | $13.50 |
| 02/12/2009 | 6.8 | $250.00 | $1,700.00 |
| 02/12/2009 | 0.2 | $275.00 | $55.00 |
| 02/12/2009 | 0.8 | $260.00 | $208.00 |
| 02/12/2009 | 2.0 | $135.00 | $270.00 |
| 02/13/2009 | 1.8 | $260.00 | $468.00 |
| 02/13/2009 | 5.5 | $135.00 | $742.50 |
| 02/15/2009 | 0.6 | $260.00 | $156.00 |
| 02/16/2009 | 7.9 | $250.00 | $1,975.00 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 02/16/2009 | 4.9 | $260.00 | $1,274.00 |
| 02/16/2009 | 1.8 | $135.00 | $243.00 |
| 02/17/2009 | 7.8 | $250.00 | $1,950.00 |
| 02/17/2009 | 0.3 | $275.00 | $82.50 |
| 02/17/2009 | 7.6 | $260.00 | $1,976.00 |
| 02/18/2009 | 5.9 | $260.00 | $1,534.00 |
| 02/18/2009 | 2.0 | $135.00 | $270.00 |
| 02/19/2009 | 7.2 | $250.00 | $1,800.00 |
| 02/19/2009 | 0.6 | $260.00 | $156.00 |
| 02/19/2009 | 4.5 | $135.00 | $607.50 |

**SERVICES**

| Date | Hours | Rate | Amount |
|------|-------|------|--------|
| 02/19/2009 | 0.2 | $90.00 | $18.00 |
| 02/20/2009 | 6.8 | $250.00 | $1,700.00 |
| 02/20/2009 | 2.4 | $260.00 | $624.00 |
| 02/20/2009 | 4.0 | $135.00 | $540.00 |
| 02/22/2009 | 0.7 | $260.00 | $182.00 |
| 02/23/2009 | 7.4 | $250.00 | $1,850.00 |
| 02/23/2009 | 0.3 | $275.00 | $82.50 |
| 02/23/2009 | 1.2 | $260.00 | $312.00 |
| 02/24/2009 | 5.1 | $250.00 | $1,275.00 |
| 02/24/2009 | 1.8 | $260.00 | $468.00 |
| 02/25/2009 | 0.3 | $275.00 | $82.50 |
| 02/25/2009 | 0.8 | $260.00 | $208.00 |
| 02/26/2009 | 0.6 | $260.00 | $156.00 |
| 02/27/2009 | 2.9 | $260.00 | $754.00 |
| 02/27/2009 | 0.5 | $135.00 | $67.50 |
| **Total Professional Services** | **162.6** | | **$38,179.50** |

## DISBURSEMENTS

| | Amount |
|---|---|
| | $20.00 |
| | $409.70 |
| | $3.19 |
| | $7.00 |
| | $83.95 |
| | $4.86 |
| | $40.00 |
| | $409.70 |
| | $216.85 |
| | $105.11 |
| | $118.35 |
| | $1,527.18 |
| Total Disbursements | $2,945.89 |

| | | |
|---|---|---|
| Total Services | $38,179.50 | |
| Total Disbursements | $2,945.89 | |
| Total Current Charges | | $41,125.39 |
| **PAY THIS AMOUNT** | | **$41,125.39** |