**Bickerstaff Bills Produced by Theresa Cullen Prior to AG Opinion**

| Year | Month | Amount |
|---|---|---|
| 2009 | February | $ 561.90 |
| 2008 | December | $ 1,697.21 |
| 2008 | October | $ 208.87 |
| 2008 | September | $ 195.75 |
| 2008 | August | $ 8,365.00 |
| 2008 | July | $ 4,065.89 |
| 2008 | June | $ 6,330.18 |
| 2008 | May | $ 7,293.91 |
| 2008 | April | $16,115.92 |
| 2008 | March | $15,332.61 |
| 2008 | February | $ 7,389.90 |
| 2008 | January | $ 8,309.28 |
| 2007 | December | $ 2,503.59 |
| 2007 | November | $ 1,750.66 |
| 2007 | October | $ 17.00 |
| 2007 | June | $10,659.82 |
| 2007 | May | $ 5,793.64 |
| 2007 | April | $ 1,706.82 |
| 2007 | March | $ 3,276.65 |
| 2007 | February | $ 5,314.61 |
| 2007 | January | $ 8,357.34 |
| 2006 | December | $ 4,423.14 |
| 2006 | November | $ 3,135.18 |
| 2006 | October | $ 6,336.00 |
| 2006 | September | $ 5,637.63 |

**TOTAL**      **$134,777.50**