## Bickerstaff Bills Produced by AG Opinion

| Year | Month | Amount |
|------|-------|--------|
| 2009 | July | $ 1,011.92 |
| 2009 | June | $ 486.20 |
| 2009 | May | $ 2,758.08 |
| 2009 | April | $ 7650.24 |
| 2009 | March | $ 8,071.12 |
| 2009 | February | $ 8,720.40 |
| 2009 | January | $ 8,956.16 |
| 2008 | December | $ 9,689.54 |
| 2008 | November | $ 4,132.78 |
| 2008 | October | $ 9,994.40 |
| 2008 | September | $27,627.97 |
| 2008 | August | $31,392.85 |
| 2008 | July | $35,479.82 |
| 2008 | June | $23,883.74 |
| 2008 | May | $25,774.65 |
| 2008 | April | $20,590.23 |
| 2008 | March | $10,540.40 |
| 2008 | February | $ 9,397.96 |
| 2008 | January | $29,467.88 |
| 2007 | December | $ 3,469.44 |
| 2007 | November | $19,904.00 |
| 2007 | October | $28,775.58 |
| 2007 | September | $29,068.46 |
| 2007 | August | $19,420.42 |
| 2007 | July | $22,480.90 |
| 2007 | June | $22,491.16 |

**TOTAL**          **$421,236.30**