IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISON

| | |
|---|---|
| El PASO APARTMENT ASSOCIATION, et al., § § § Plaintiffs, § § v. § § CITY OF EL PASO, et al., § § Defendants. § | CAUSE No. EP-08-CA-145-DB |

## ORDER DENYING PLAINTIFFS' OBJECTION TO AND MOTION TO STRIKE DEFENDANTS' EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS

After considering Plaintiffs' Objection to and Motion to Strike Defendants' Evidence in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs and Defendants' Response to same, the Court

**DENIES** the Plaintiffs' Objection to and Motion to Strike Defendants' Evidence in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs.

SIGNED on Jan. 28th, 2010.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

\s\ Alejandro Acosta, Jr.
Alejandro Acosta, Jr.